IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-02418-LTB-CBS

VIRGINIA WALKER

    Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC./
AMERICAN LIFESTYLES, INC.,

    Defendants.

## ORDER

THE COURT, having reviewed the parties' Joint Motion to Extend the Scheduling Order (filed November 1, 2005; *doc. no. 20*) , and being fully advised in the premises, hereby finds that the parties have shown good cause for amending the Scheduling Order, and hereby **GRANTS** the instant motion.  It is further

**ORDERED** that the deadline for designating rebuttal experts shall be extended to and including  including **November 17, 2005**; that the discovery cut-off deadline is extended to **December 12, 2005**; and, that the dispositive motion deadline is extended to **January 9, 2006**.

DATED at Denver, Colorado, this 7th day of November, 2005.

                                            BY THE COURT:

                                            s/Craig B. Shaffer
                                            Craig B. Shaffer
                                            United States Magistrate Judge