**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02418-LTB-CBS

VIRGINIA WALKER,

        Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC./AMERICAN LIFESTYLES, INC.,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

        THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 42 - filed August 30, 2006), and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Chief Judge

DATED: August 31, 2006